AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF         PUERTO RICO

UNITED STATES OF AMERICA,             **APPEARANCE**

v.                         CASE NUMBER: 99-00161(DRD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

February 25 , 2005                  /s/ *George A. Massucco*
*Date*                              *Signature*

                                    *GEORGE A. MASSUCCO, AUSA*
                                    *Print Name*

                                    *Room 1201, Torre Chardon,*
                                    *350 Carlos Chardon Street*
                                    *Hato Rey, Puerto Rico 00918*
                                    *Address*

                                    *(787) 766-5656*
                                    Phone Number
                                    george.a.massucco@usdoj.gov
                                    E-mail Address

**Notice of Appearance**
**Page 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date February 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all the parties.

/s/ *George A. Massucco*
George A. Massucco, AUSA
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: george.massucco@usdoj.gov