UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANIBAL MENDEZ-HERNANDEZ,**<br>Plaintiff, | **CRIMINAL NO.:   99-161(DRD)**<br>**CIVIL NO.:   04-1233(DRD)** |
| v. | |
| **UNITED STATES OF AMERICA,**<br>Defendants | |

## JUDGMENT

The Court having on this same day dismissed petitioner's Motion under 28 U.S.C. §2255 to Vacate, et Aside, or Correct Sentence (Docket No.1), hereby **ENTERS JUDGMENT DISMISSING** petitioner's request for relief.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

                                                s/ Daniel R. Dominguez
**Date: August 16, 2005**                **DANIEL R. DOMINGUEZ**
                                                **U.S. DISTRICT JUDGE**