## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
     Plaintiff,

     v.                               **Criminal No. 99-161 (DRD)**

ANIBAL MENDEZ HERNANDEZ, ET AL.
     Defendants.

## UNITED STATES' MOTION TO REQUEST ORDER FOR
## DESTRUCTION OF FIREARMS AND AMMUNITION

**TO THE HONORABLE COURT:**

     **COMES NOW** the United States of America, by and through the undersigned attorneys, and very respectfully states and prays as follows:

     1.     In the instant case criminal prosecution has concluded and no appeals are pending.

     2.     Part of the evidence of the case, consisting of firearms and ammunition, are still in the Federal Bureau of Investigation's evidence vault. These are:

     (1)     Calico M-950 Firearm, Serial #1006154

     (2)     Two boxes of .38 cartridges

     (3)     Three boxes of 9mm ammunition

     (4)     Fifteen Shotgun rounds

     (5)     Spent .38 cartridges

     (6)     REM .870 Pistol grip 12 gauge Shotgun, Serial # A530423

     (7)     Taurus .357 Revolver, Serial #78330

Criminal No. 99-161 (DRD)
Page 2

    3.    The United States request this Honorable Court to issue an order authorizing the agency to destroy the aforementioned firearms and ammunition inasmuch as they are no longer evidence in any pending case and they constitute a hazard.

    **WHEREFORE**, it is very respectfully requested that the Court take notice of the above and issue the requested order authorizing the destruction of the above described firearms and ammunition.

    **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of May, 2006.

**H.S. GARCIA**
United States Attorney


S/ Jenifer Y. Hernandez Vega
**Jenifer Y. Hernández Vega**
**USDC No. 216002**
Assistant U.S. Attorney
U.S. Attorney's Office
Torre Chardon, Suite 1201
Hato Rey, P.R. 00918


**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY**, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to the counsel of record.

S/ Jenifer Y. Hernandez Vega
**Jenifer Y. Hernández Vega**
**USDC No. 216002**
**Assistant United States Attorney**